1094

No. 03–7420. KAMERUD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7421. ADAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7427. McCOY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7429. PRINCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7431. EMRY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–7433. LOGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7435. CRUZ-ALCALA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7437. MOON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7438. BEAR STOPS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7441. FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7442. GONZALEZ, AKA CASTANEDA v. UNITED STATES; MILLS v. UNITED STATES; KELING v. UNITED STATES; JIMENEZ v. UNITED STATES; GARZA-GONZALEZ v. UNITED STATES; and OLIVA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 399 (second judgment), 405 (fourth judgment), and 411 (fifth judgment); 72 Fed. Appx. 952 (first judgment) and 976 (sixth judgment); 73 Fed. Appx. 685 (third judgment).

No. 03–7443. FRAZIER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7446. GOODRICH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7447. GALINDO-ARMENDARIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.